_Court Of Appeals_
_Fourth Court of Appeals District of Texas_
_San Antonio_


★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00132-CR

Mario **CACERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CR-4291
Honorable Mary D. Román, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed: March 3, 2010

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal seeking to appeal the trial court's order denying his motion for a judgment nunc pro tunc to correct a jail time credit issue. The denial of a motion for a judgment nunc pro tunc is not an appealable order. *See Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.); *see also Dooley v. State*, No. 05-08-01465, 2009 WL 81917, at *1 (Tex. App.—Dallas Jan. 14, 2009, pet. ref'd) (not designated for publication). The proper remedy to obtain review of the denial of a motion for judgment nunc pro tunc is by petition for writ of

mandamus. *Dooley*, 2009 WL 81917, at *1; *Castor*, 205 S.W.3d at 667. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH